IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KONG PHENG VUE,

        Plaintiff,        JUDGMENT IN A CIVIL CASE

v.        12-cv-83-bbc

STATE OF WISCONSIN,

        Defendant.

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Kong Pheng Vue leave to proceed and dismissing this case with prejudice.

_____    6/25/12
Peter Oppeneer, Clerk of Court    Date